■ MILHERST CONSTRUCTION, INC., Respondent, v TOWN OF MARILLA, Appellant and Third-Party Plaintiff-Appellant. JOSEPH C. LU ENGINEERING AND LAND SURVEYING, P.C., et al., Third-Party Defendants-Respondents. [738 NYS2d 640] —Appeal from an order of Supreme Court, Erie County (NeMoyer, J.), entered December 26, 2000, which, inter alia, denied defendant's motion for partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, NeMoyer, J. Present—Green, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

■ In the Matter of LARRY PORTER, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [738 NYS2d 919] —CPLR article 78 proceeding transferred to this Court by order of Supreme Court, Wyoming County (Dadd, J.), entered October 16, 2001, seeking to annul a determination of respondent after a Tier III hearing.

It is hereby ordered that said petition be and the same hereby is unanimously dismissed without costs (*see,* CPLR 217 [1]). Present—Wisner, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

■ In the Matter of CLETUS LEON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [738 NYS2d 919] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered October 16, 2001, seeking to annul a determination of respondent after a Tier III hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). Present—Wisner, J.P., Scudder, Kehoe, Burns and Gorski, JJ.